William Q. TERRY, Petitioner—
Appellant,

v.

Edward F. REILLY, Jr., United States
Parole Commission; B.A. Bledsoe,
Warden, Respondents—Appellees.

No. 06–6954.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 24, 2006.

Decided: Sept. 1, 2006.

William Q. Terry, Appellant Pro Se.

Before KING, SHEDD, and DUNCAN,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

William Q. Terry, a District of Columbia
inmate imprisoned in West Virginia, seeks
to appeal the district court's order accepting the recommendation of the magistrate
judge and denying relief on his 28 U.S.C.
§ 2241 (2000) petition. The order is not
appealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2000). A certificate
of appealability will not issue absent "a
substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2)
(2000). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that any assessment of the
constitutional claims by the district court
is debatable or wrong and that any dispositive procedural ruling by the district
court is likewise debatable. *Miller–El v.
Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct.
1029, 154 L.Ed.2d 931 (2003); *Slack v.
McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,*
252 F.3d 676, 683–84 (4th Cir.2001). We
have independently reviewed the record
and conclude that Terry has not made the
requisite showing. Accordingly, we deny
a certificate of appealability and dismiss
the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument
would not aid the decisional process.

*DISMISSED*